# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DYK, TIMOTHY B | 2. Court or Organization<br><br>FEDERAL CIRCUIT | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>717 MADISON PLACE, N.W.<br>WASHINGTON, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PAST PRESIDENT | GILES RICH INN OF COURT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL
DISCLOSURE OFFICE

2008 MAY 14 P 1: 31

RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $ 299.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | SMITH COLLEGE |
| 2. 2007 | UNIVERSITY OF MICHIGAN |
| 3. 2007 | NORTHWESTERN UNIVERSITY |
| 4. 2007 | VANDERBILT UNIVERSITY |
| 5. 2007 | THE BROOKINGS INSTITUTION |
| 6. 2007 | AMGEN USA |
| 7. 2007 | GEORGE MASON UNIVERSITY |
| 8. 2007 | NATIONAL ASSOCIATION OF PUBLIC HOSPITALS & HEALTH SYSTEMS |
| 9. | |
| 10. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CORNELL LAW SCHOOL | FEBRUARY 16-18, 2007 | NEW YORK, NY | WINTER CUP MOOT COURT | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DYK, TIMOTHY B | 05/13/2008 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 2. | DUKE LAW SCHOOL | FEBRUARY 22-24, 2007 | RALEIGH, NC | IPCS SYMPOSIUM | TRANSPORTATION, LODGING, MEALS |
| 3. | AMERICAN INTELLECUAL PROPERTY LAW ASSOCIATION (AIPLA) | OCTOBER 19, 2007 | WASHINGTON, DC | AIPLA MEETING | MEAL |
| 4. | FEDERAL CIRCUIT BAR ASSOCIATION (FCBA) | JUNE 28, 2007 | CAMBRIDGE, MD | FCBA CONFERENCE | LODGING , MEALS |
| 5. | NY INTELLECTUAL PROPERTY LAW ASSOCIATION | MAY 23-24, 2007 | NEW YORK, NY | NYIPLA ANNUAL DINNER | TRANSPORTATION. LODGING, MEAL |
| 6. | HARVARD LAW SCHOOL | MARCH 19-21, 2007 | BOSTON, MA | HARVARD MOOT COURT TOURN | TRANSPORTATION. LODGING, MEALS |
| 7. | HARVARD LAW SCHOOL | OCTOBER 9-10, 2007 | BOSTON, MA | HARVARD LAW PROGRAM | TRANSPORTATION, LODGING, MEALS |
| 8. | RUTGERS LAW SCHOOL | OCTOBER 16, 2007 | NEWARK, NJ | RUTGERS LAW SCHOOL ANNUAL | TRANSPORTATION, MEALS |
| 9. | HOWARD LAW SCHOOL | MARCH 24, 2007 | WASHINGTON, DC | ANNUAL CONFERENCE | MEAL |
| 10. | AMERICAN BAR ASSOCOCIATION / AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION | APRIL 12, 2007 | ARLINGTON, VA | ABA / AIPLA MEETING | MEAL |
| 11. | BAR ASSOCIATION, CITY OF NEW YORK | OCTOBER 4, 2007 | NEW YORK, NY | CONTINUING LEGAL ED (CLE) | MEAL |
| 12. | | | | | |
| 13. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURRO, MA (PARCEL 1) ($331,000) | | None | N | S | | | | | |
| 2. CARLYLE FUND | | None | L | T | PARTIAL-BUY | 03/27 | L | | |
| 3. CARLYLE FUND | | None | L | T | PARTIAL-BUY | 12/06 | K | | |
| 4. CITIBANK BK DPT | A | Interest | J | T | BUY | 03/27 | J | | |
| 5. BALDWIN WHITEHALL PA SCH DIST CMED | C | Interest | | | REDEEM | 11/15 | K | | |
| 6. BALT. MD CTFS PARTN SER B AMBAC | B | Interest | | | REDEEM | 10/01 | K | | |
| 7. CHICAGO. ILL G/O ST UNIV REV | B | Interest | L | T | | | | | |
| 8. COHOES NY G/O SCH DIST | A | Interest | | | REDEEM | 06/15 | K | | |
| 9. FAIRFAX CNTY VA G/O | B | Interest | L | T | | | | | |
| 10. FARMINGTON MICH CMNTY LIB | B | Interest | L | T | | | | | |
| 11. JEFFERSON CNTY ALA BRD ED SCH | B | Interest | L | T | | | | | |
| 12. SAGIMAW CNTY MICH COMP | B | Interest | L | T | | | | | |
| 13. HIGH POINT NC G/O | A | Interest | K | T | | | | | |
| 14. UTAH HSG CORP SINGLE FAM | B | Interest | K | T | | | | | |
| 15. ORLANDO FLA CAP | A | Interest | K | T | | | | | |
| 16. PHOENIX AZ G/O | A | Interest | K | T | | | | | |
| 17. WACHOVIA SEC MM BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15.000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15.001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000.001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SOUTHWEST AIRLINES CO | A | Dividend | | | SELL | 07/16 | K | B | |
| 19. WACHOVIA - 6000 (MONEY MARKET) BANK DEPOSIT SERVICES | A | Interest | J | T | | | | | |
| 20. AMERICAN HOME MORTGAGE | | None | | | BUY | 07/16 | K | | |
| 21. AMERICAN HOME MORTGAGE | | None | | | SELL | 08/03 | J | | |
| 22. U.S. TREASURY NOTE 11/15/08 | E | Interest | | | SELL | 10/22 | O | B | |
| 23. BANK OF AMERICA (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 24. NUVEEN MUNICPAL VALUE FUND | C | Int./Div. | N | T | PARTIAL BUY | 10/22 | M | | |
| 25. NUVEEN MUNICPAL VALUE FUND | | None | | | PARTIAL BUY | 10/22 | L | | |
| 26. NUVEEN MUNICPAL VALUE FUND | | None | | | PARTIAL BUY | 10/22 | L | | |
| 27. CHEVRON (COMMON STOCK) | A | Dividend | | | SELL | 04/03 | L | E | |
| 28. DOMINION RESOURCES INC (COMMON STOCK) | A | Dividend | | | SELL | 04/30 | L | E | |
| 29. VANGUARD INTER-TERM TAX EX FUND INV | E | Dividend | O | T | | | | | |
| 30. VANGUARD MONEY MARKET FUND T/E | D | Dividend | N | T | | | | | |
| 31. VANGUARD LTD - TERM TAX EX INV | E | Dividend | O | T | | | | | |
| 32. WACHOVIA SECURITIES - IRA | F | Dividend | P1 | T | | | | | |
| 33. - JAPAN FUND | | | | | | | | | |
| 34. - KAISER ALUMINUM CORP (COMMON STOCK) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - WILLIAMS COM GR INC. NOTES | | | | | | | | | |
| 36.  - CHESAPEAKE ENERGY | | | | | BUY | 04/05 | L | | |
| 37.  - U.S. TREAS NOTES 11/30/07 | | | | | REDEEM | 11/30 | O | E | |
| 38.  - US TREAS NOTES 05/15/08 | | | | | | | | | |
| 39.  - US TREAS BILL 05/24/07 | | | | | REDEEM | 05/24 | M | C | |
| 40.  - RYDEX INVERSE GOVT BD FUND | | | | | | | | | |
| 41.  - I SHARES MSCI JAPAN | | | | | | | | | |
| 42.  - I SHARES MSCI MALAYSIA | | | | | SELL | 01/31 | L | E | |
| 43.  - I SHARES MSCI SINGAPORE | | | | | SELL | 01/31 | L | E | |
| 44.  - I SHARES MSCI S. KOREA | | | | | | | | | |
| 45.  - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 46.  - U.S. TREAS BILL 03/06/08 | | | | | BUY | 12/03 | O | | |
| 47.  -US TREAS BILL 03/20/08 | | | | | BUY | 12/17 | N | | |
| 48.  - EVERGREEN US GOV& SEC (MONEY MARKET) | | | | | | | | | |
| 49.  VANGUARD IRA - #1 | E | Dividend | O | T | | | | | |
| 50.  -WORTHINGTON INDUSTRIES (COMMON STOCK) | | | | | BUY | 01/03 | L | | |
| 51.  -WORTHINGTON INDUSTRIES (COMMON STOCK) | | | | | SOLD | 05/02 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JULIUS BAER INTL EQUITY FUND II | | | | | BUY | 01/24 | K | | |
| 53. - DODGE & COX INT FUND | | | | | | | | | |
| 54. - FIDELITY JAPAN SM CO FUND | | | | | | | | | |
| 55. - CONOCO PHILIPS (COMMON STOCK) | | | | | BUY | 03/15 | L | | |
| 56. - CONOCO PHILIPS (COMMON STOCK) | | | | | SELL | 05/21 | L | D | |
| 57. -WHOLE FOODS (COMMON STOCK) | | | | | BUY | 05/15 | K | | |
| 58. -WHOLE FOODS (COMMON STOCK) | | | | | SELL | 05/21 | K | A | |
| 59. - I SHARES JAPAN INDEX FUND | | | | | | | | | |
| 60. - JAPAN FUND | | | | | | | | | |
| 61. -AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | BUY | 04/10 | M | | |
| 62. -AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | SELL | 04/30 | M | E | |
| 63. -AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | PARTIAL-BUY | 07/16 | K | | |
| 64. -AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | PARTIAL-BUY | 07/19 | K | | |
| 65. - RYDEX INVERSE S&P FUND | | | | | PARTIAL-BUY | 06/22 | L | | |
| 66. - RYDEX INVERSE S&P FUND | | | | | PARTIAL-BUY | 10/30 | M | | |
| 67. - HUSSMAN STRATEGIC GROWTH FUND | | | | | | | | | |
| 68. - N Y TIMES (COMMON STOCK) | | | | | PARTIAL-BUY | 10/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - N Y TIMES (COMMON STOCK) | | | | | PARTIAL -BUY | 10/22 | K | | |
| 70. - VALERO ENERGY (COMMON STOCK) | | | | | SELL | 03/27 | M | E | |
| 71. - FREIDMAN BILLINGS RAMSEY GR (COMMON STOCK) | | | | | SELL | 04/15 | K | | |
| 72. - COMPANIA DE TELECOMMUNICATIONS (COMMON STOCK) | | | | | SELL | 02/14 | K | C | |
| 73. - VANGUARD ADMIRAL TREAS MM | | | | | | | | | |
| 74. - CAPITAL TRUST (COMMON STOCK) | | | | | BUY | 11/05 | L | | |
| 75. -LUMINENT (COMMON STOCK) | | | | | BUY | 07/16 | K | | |
| 76. - CITIGROUP (COMMON STOCK) | | | | | BUY | 11/06 | K | | |
| 77. - CITIGROUP (COMMON STOCK) | | | | | SELL | 12/05 | K | | |
| 78. UMB IRA #1 | A | Dividend | | | TRANSFER | 01/29 | J | | TO: VANGUARD IRA #2 |
| 79. VANGUARD IRA #2 | E | Dividend | P1 | T | | | | | |
| 80. -VANGUARD PRIME MONEY MARKET | | | - | | | | | | |
| 81. - FIDELITY INV TRUST JAPAN SMALL CO FUND | | | | | PARTIAL -BUY | 11/21 | M | | |
| 82. - JAPAN FUND | | | | | SELL | 03/27 | L | E | |
| 83. - SCHNEIDER FUNDS | | | | | SELL | 01/31 | L | A | |
| 84. - ROYCE SPEC EQUITY FUND | | | | | SELL | 01/31 | L | D | |
| 85. - DODGE & COX INT FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -WACHOVIA (COMMON STOCK) | | | | | BUY | 08/27 | L | | |
| 87. -VALERO ENERGY (COMMON STOCK) | | | | | BUY | 01/12 | K | | |
| 88. -VALERO ENERGY (COMMON STOCK) | | | | | SELL | 03/27 | L | D | |
| 89. - FREIDMAN BILLINGS & RAMSEY (COMMON STOCK) | | | | | BUY | 03/06 | L | | |
| 90. - FREIDMAN BILLINGS & RAMSEY (COMMON STOCK) | | | | | SELL | 04/20 | L | | |
| 91. - AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | BUY | 04/09 | M | | |
| 92. - AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | SELL | 04/30 | M | D | |
| 93. - AMERICAN HOME MORTGAGE (COMMON STOCK) | | | | | BUY | 07/20 | K | | |
| 94. -WHOLE FOODS (COMMON STOCK) | | | | | BUY | 05/14 | L | | |
| 95. -WHOLE FOODS (COMMON STOCK) | | | | | SELL | 06/13 | L | | |
| 96. - CITIGROUP (COMMON STOCK) | | | | | BUY | 06/22 | L | | |
| 97. -LUMINENT (COMMON STOCK) | | | | | BUY | 07/20 | K | | |
| 98. -AMGEN (COMMON STOCK) | | | | | BUY | 09/13 | L | | |
| 99. -AMGEN (COMMON STOCK) | | | | | SELL | 12/05 | L | | |
| 100. - N Y TIMES (COMMON STOCK) | | | | | BUY | 11/05 | K | | |
| 101. -ARKANSAS BEST (COMMON STOCK) | | | | | PARTIAL -BUY | 11/27 | K | | |
| 102. -ARKANSAS BEST (COMMON STOCK) | | | | | PARTIAL -BUY | 11/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -ARKANSAS BEST (COMMON STOCK) | | | | | PARTIAL -BUY | 12/18 | K | | |
| 104. -WORTHINGTON INDUSTRIES (COMMON STOCK) | | | | | SELL | 05/02 | L | E | |
| 105. -U.S. TREAS NOTES 08/31/07 | | | | | REDEEM | 08/31 | N | | |
| 106. -U.S. TREAS NOTES 11/20/07 | | | | | REDEEM | 11/30 | N | | |
| 107. -U.S. TREAS BILL 06/21/07 | | | | | REDEEM | 06/21 | M | C | |
| 108. JANEY MONTGOMERY SCOTT IRA | B | Dividend | | | TRANSFER | 10/30 | N | | TO: VANGUARD IRA #3 |
| 109. -JANEY MONTGOMERY SCOTT IRA MM | | | | | TRANSFER | 11/01 | | | TO:VANGUARD IRA #3 |
| 110. -U.S. TREAS BILL 10/18/07 | | | | | BUY | 04/19 | N | | |
| 111. -U.S. TREAS BILL 10/18/07 | | | | | REDEEM | 10/18 | N | D | |
| 112. -U.S. TREAS BILL 03/15/07 | | | | | REDEEM | 03/15 | M | C | |
| 113. VANGUARD IRA # 3 | B | Dividend | N | T | TRANSFER | 11/01 | N | | FR:JANEY MONT SCOTT - IRA |
| 114. - VANGUARD MM FUND | | | | | | | | | |
| 115. -YRC WORLDWIDE (COMMON STOCK) | | | | | BUY | 12/18 | M | | |
| 116. - RYDEX INVERSE S&P FUND | | | | | BUY | 11/14 | M | | |
| 117. -EATON VANCE FLOATING RATE FD | | | | | BUY | 12/31 | K | | |
| 118. TD WATERHOUSE IRA #1 | A | Dividend | N | T | | | | | |
| 119. - SPEC SIT EQUITY FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TD WATERHOUSE IRA #2 | A | Dividend | N | T | | | | | |
| 121. -SPEC SIT LIFE SCIENCES FUND | | | | | | | | | |
| 122. CHARLES SCHWAB IRA | D | Dividend | N | T | | | | | |
| 123. -FIRST EAGLE OVERSEAS FUND | | | | | PARTIAL -BUY | 02/08 | K | | |
| 124. - HUSSMAN STRATEGIC GROWTH FUND | | | | | SELL | 02/07 | L | B | |
| 125. - MATTHEWS ASIAN GROWTH & INCOME FUND | | | | | PARTIAL-SELL | 09/13 | J | B | |
| 126. -TROWE PRICE CAPITAL APP FUND | | | | | | | | | |
| 127. -DIAMOND HILL LONG SHORT | | | | | SELL | 07/12 | K | C | |
| 128. -RYDEX COMMUNITY FUND CL | | | | | BUY | 06/08 | K | | |
| 129. -RYDEX COMMUNITY FUND CL | | | | | SELL | 08/08 | K | | |
| 130. -RYDEX ELECTRONICS FUND | | | | | SELL | 01/22 | K | | |
| 131. -AMERICAS FD INCOME FUND | | | | | BUY | 02/02 | L | | |
| 132. -AMERICAS FD INCOME FUND | | | | | PARTIAL-SELL | 07/30 | K | A | |
| 133. -JANUS CONTRARIAN FUND | | | | | BUY | 07/17 | K | | |
| 134. -RYDEX BIOTECHNOLOGY FUND | | | | | BUY | 08/24 | K | | |
| 135. -RYDEX BIOTECHNOLOGY FUND | | | | | SELL | 12/13 | K | B | |
| 136. -POWERSHS QQQ TRUST | | | | | BUY | 08/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -POWERSHS QQQ TRUST | | | | | SELL | 11/15 | K | A | |
| 138. -SECTOR SPDR UTIL SELECT FUND | | | | | BUY | 09/24 | K | | |
| 139. -SECTOR SPDR UTIL SELECT FUND | | | | | SELL | 12/20 | K | B | |
| 140. -RYDEX ENERGY SERVICES FUND | | | | | SELL | 01/10 | K | B | |
| 141. -PROFUNDS FALLING US DOLLAR FUND | | | | | BUY | 02/14 | K | | |
| 142. -PROFUNDS FALLING US DOLLAR FUND | | | | | SELL | 05/23 | K | B | |
| 143. -HARTFORD FLOATING RATE FD | | | | | BUY | 02/23 | K | | |
| 144. -HARTFORD FLOATING RATE FD | | | | | SELL | 07/27 | K | | |
| 145. -JP MORGAN M/C NEUTRAL INS FUND | | | | | BUY | 03/09 | K | | |
| 146. - SCHWAB GOVT MONEY FUND | | | | | | | | | |
| 147. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 148. ING LIFE INS | C | Dividend | M | T | | | | | |
| 149. PNC BANK WASH DC | A | Interest | K | T | | | | | |
| 150. US SAVINGS BONDS | C | Interest | M | T | | | | | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1.000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15.000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50.000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50.000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) GAIN ON SALE OF GOVERNMENT BILLS AND ZERO COUPON OBLIGATIONS IS THE DIFFERENCE BETWEEN PURCHASE PRICE AND SALE PRICE: INCOME IS NOT SEPARATELY REPORTED

2) TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

3. IN 2007, ALL REMAINING ASSETS IN JANEY MONTGOMERY SCOTT IRA WERE TRANSFERED TO VANGUARD IRA# 3

4. IN 2007, ALL REMAINING ASSETS IN UMB IRA #1 WERE TRANSFERED TO VANGUARD IRA# 2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544